1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN QUINN,

11          Plaintiff,                    No. CIV S-11-1387 MCE DAD P

12      vs.

13   SACRAMENTO COUNTY JAIL,           ORDER FOR PAYMENT

14          Defendant.                  OF INMATE FILING FEE

15   _____/

16   To:  The Sheriff of Sacramento County, Attention:  Inmate Trust Account, 651 I Street,

17   Sacramento, California 95814:

18              Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, is

19   obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is obligated to make

20   monthly payments in the amount of twenty percent of the preceding month's income credited to

21   plaintiff's trust account.  The Sheriff of Sacramento County is required to send to the Clerk of the

22   Court payments from plaintiff's account each time the amount in the account exceeds $10.00,

23   until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

24              Good cause appearing therefore, IT IS HEREBY ORDERED that:

25              1.  The Sheriff of Sacramento County or a designee shall collect monthly

26   payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the

1   preceding month's income credited to the prisoner's trust account and shall forward those

2   payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in

3   accordance with 28 U.S.C. § 1915(b)(2) until a total of $350.00 has been collected and forwarded

4   to the Clerk of the Court.  The payments shall be clearly identified by the name and number

5   assigned to this action.

6          2.  The Clerk of the Court is directed to serve a copy of this order and a copy of

7   plaintiff's signed in forma pauperis affidavit on Sheriff of Sacramento County, Attention:  Inmate

8   Trust Account, 651 I Street, Sacramento, California 95814.

9          3.  The Clerk of the Court is directed to serve a copy of this order on the Financial

10   Department of the court.

11   DATED: July 19, 2011.

12

13   _____

14   DAD:9            DALE A. DROZD
     quin1387.sac     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26