1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN QUINN,

11              Plaintiff,                    No. 2: 11-cv-1387 MCE DAD P

12        vs.

13   SACRAMENTO COUNTY JAIL,

14              Defendant.            <u>FINDINGS & RECOMMENDATIONS</u>

15   _____/

16              By order filed July 12, 2012, plaintiff's first amended complaint was dismissed

17   and he was granted thirty days leave to file a second amended complaint.  The thirty day period

18   has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the

19   court's order.

20              Although it appears from the file that plaintiff's copy of the court's July 12, 2012

21   order was returned by the U.S. Postal Service as undeliverable, plaintiff was properly served at

22   his address of record.  It is the plaintiff's responsibility to keep the court apprised of his current

23   address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of

24   the party is fully effective.

25   /////

26   /////

1

1        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

2  without prejudice due to plaintiff's failure to comply with the Local Rules and with the court's

3  orders.  <u>See</u> Local Rule 110; FED. R. CIV. P. 41(b).

4        These findings and recommendations are submitted to the United States District

5  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen

6  days after being served with these findings and recommendations, plaintiff may file written

7  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

8  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

9  specified time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d

10  1153 (9th Cir. 1991).

11  DATED: October 26, 2012.

13                         _Dale A. Drozd_

14                    DALE A. DROZD
                          UNITED STATES MAGISTRATE JUDGE

16  DAD:dpw
    quin1387.fta.nca

2